CORE X LEGAL P.A.
Curtis E. Smolar
450 Townsend Street, Suite 207
San Francisco, CA 94107
Telephone: (415) 364-8435
Email: Curtis@corexlegal.com

STANTON IP LAW FIRM, P.A.
Thomas H. Stanton (*admitted phv*)
201 E. Kennedy Blvd., Suite 1900
Tampa, FL 33602
Telephone: (813) 421-3883
Email: tstanton@stantoniplaw.com

*Attorneys for Plaintiff UberRE, Inc*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UBERRE INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.<br><br>　　　　　Defendant. | Case No.  3:22-cv-02806-JD<br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |

Plaintiff UberRE, Inc. and Defendant Uber Technologies, Inc., (collectively, the "Parties"), by and through their respective undersigned counsel of record, hereby stipulate and agree that the above-styled lawsuit be dismissed with prejudice and each of the Parties shall bear its own costs, expenses and attorneys' fees in this action.

Dated: August 25, 2022

CORE X LEGAL P.A.

By: /s/ _____
Curtis E. Smolar
450 Townsend Street, Suite 207
San Francisco, CA 94107
Telephone: (415) 364-8435
Email: Curtis@corexlegal.com

STANTON IP LAW FIRM, P.A.
Thomas H. Stanton (*admitted phv*)
201 E. Kennedy Blvd., Suite 1900
Tampa, FL 33602
Telephone: (813) 421-3883
Email: tstanton@stantoniplaw.com

*Attorneys for Plaintiff UberRE, Inc.*

HOGAN LOVELLS US LLP

By: /s/ _____
Patrick T. Michael
Rebecca B. Horton
Hogan Lovells US LLP
3 Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone No.: (415) 374-2300
Facsimile No.: (415) 374-2499
E-Mail:
patrick.michael@hoganlovells.com
rebecca.horton@hoganlovells.com

-Rest of Page Intentionally Blank-

1
2
3
4
5
6
7

Anna Kurian Shaw (*Pro Hac Vice*)
Lauren B. Cury (*Pro Hac Vice*)
Hadley M. Dreibelbis (*Pro Hac Vice*)
555 Thirteenth St., NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile No: (202) 637-5910
Email:
anna.shaw@hoganlovells.com
lauren.cury@hoganlovells.com
hadley.dreibelbis@hoganlovells.com

8
9

*Attorneys for Defendant Uber Technologies, Inc.*

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3) regarding signatures, I attest that the concurrence in the filing of this Joint Request has been obtained from the other signatory.

By: /s/ _____
Curtis Smolar