CORE X LEGAL P.A.
Curtis E. Smolar
450 Townsend Street, Suite 207
San Francisco, CA 94107
Telephone: (415) 364-8435
Email: Curtis@corexlegal.com

STANTON IP LAW FIRM, P.A.
Thomas H. Stanton (*admitted phv*)
201 E. Kennedy Blvd., Suite 1900
Tampa, FL 33602
Telephone: (813) 421-3883
Email: tstanton@stantoniplaw.com

*Attorneys for Plaintiff UberRE, Inc*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UBERRE INC., <br><br> Plaintiff, <br><br> v. <br><br> UBER TECHNOLOGIES, INC. <br><br> Defendant. | Case No. 3:22-cv-02806-JD <br><br> **STIPULATED DISMISSAL WITH PREJUDICE** |

Plaintiff UberRE, Inc. and Defendant Uber Technologies, Inc., (collectively, the "Parties"), by and through their respective undersigned counsel of record, hereby stipulate and agree that the above-styled lawsuit be dismissed with prejudice and each of the Parties shall bear its own costs, expenses and attorneys' fees in this action.

Dated: August 25, 2022

CORE X LEGAL P.A.

By: /s/
Curtis E. Smolar
450 Townsend Street, Suite 207
San Francisco, CA 94107
Telephone: (415) 364-8435
Email: Curtis@corexlegal.com

STANTON IP LAW FIRM, P.A.
Thomas H. Stanton (*admitted phv*)
201 E. Kennedy Blvd., Suite 1900
Tampa, FL 33602
Telephone: (813) 421-3883
Email: tstanton@stantoniplaw.com

*Attorneys for Plaintiff UberRE, Inc.*

HOGAN LOVELLS US LLP

By: /s/
Patrick T. Michael
Rebecca B. Horton
Hogan Lovells US LLP
3 Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone No.: (415) 374-2300
Facsimile No.: (415) 374-2499
E-Mail:
patrick.michael@hoganlovells.com
rebecca.horton@hoganlovells.com

-Rest of Page Intentionally Blank-

|   |   |
|---|---|
| 1 | Anna Kurian Shaw (*Pro Hac Vice*) |
| 2 | Lauren B. Cury (*Pro Hac Vice*) |
|   | Hadley M. Dreibelbis (*Pro Hac Vice*) |
| 3 | 555 Thirteenth St., NW |
|   | Washington, DC 20004 |
| 4 | Telephone: (202) 637-5600 |
| 5 | Facsimile No: (202) 637-5910 |
|   | Email: |
| 6 | anna.shaw@hoganlovells.com |
|   | lauren.cury@hoganlovells.com |
| 7 | hadley.dreibelbis@hoganlovells.com |
| 8 | *Attorneys for Defendant Uber Technologies, Inc.* |

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3) regarding signatures, I attest that the concurrence in the filing of this Joint Request has been obtained from the other signatory.

By: /s/ _____
Curtis Smolar

Case No. 3:22-cv-02806-JD     4     STIPULATED DISMISSAL WITH PREJUDICE