# AMENDED PROOF OF SERVICE

I CURTIS E. SMOLAR, declare:

I am over the age of 18 and not a party to the within action.  My business address is 450 Townsend Street, Suite 207, San Francisco, CA 94107.

On August 25, 2022, I served the following documents,

### STIPULATED DISMISSAL WITH PREJUDICE

on each person or entity named below by email to their office, and by enclosing a copy in an envelope addressed as shown below and by sending it via US Mail to the following addresses:

Date and Place of mailing August 25, 2022, Palo Alto, CA

Person(s) and/or Entity(ies) to Whom mailed:

Patrick T. Michael
Rebecca B. Horton
Hogan Lovells US LLP
3 Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone No.: (415) 374-2300
Facsimile No.: (415) 374-2499
E-Mail: patrick.michael@hoganlovells.com
rebecca.horton@hoganlovells.com

Anna Kurian Shaw (*Pro Hac Vice*)
Lauren B. Cury (*Pro Hac Vice*)
Hadley M. Dreibelbis (*Pro Hac Vice*)
555 Thirteenth St., NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile No: (202) 637-5910
Email:
anna.shaw@hoganlovells.com
lauren.cury@hoganlovells.com
hadley.dreibelbis@hoganlovells.com

*Attorneys for Defendant Uber Technologies, Inc.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:   August 25, 2022, at Palo Alto, CA

*Curtis Smolar*
Curtis E. Smolar